# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PAUL EICH, as Personal Representative of the Estate of JEANIE RAMOS, JACOB RAMOS, MEGAN RAMOS, and BENJAMIN RAMOS,**<br><br>Plaintiffs,<br><br>v.<br><br>**AMERICAN GENERAL LIFE INSURANCE COMPANY, and THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA,** Predecessor in Interest,<br><br>Defendants,<br><br>and<br><br>**MELVIN A. ADAMS,**<br><br>Intervening Defendant, | CASE NO. 8:11CV21<br><br><br><br>MEMORANDUM<br>AND ORDER |

This matter is before the Court on the Defendants' Notice of Deposit of Interpleader Funds and Request for Dismissal With Prejudice (Filing No. 23). Pursuant to the Parties' Joint Motion (Filing No. 21) and the Court's Order of April 12, 2011 (Filing No. 22), Defendants will be dismissed from this action, with prejudice.

IT IS ORDERED: Defendants American General Life Insurance Company and The Old Line Life Insurance Company of America, are dismissed from this action, with prejudice.

Dated this 20th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge