IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PAUL EICH, as Personal Representative of the Estate of JEANIE RAMOS, JACOB RAMOS, MEGAN RAMOS, and BENJAMIN RAMOS,** | ) ) ) ) ) ) | **CASE NO. 8:11CV21** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| **AMERICAN GENERAL LIFE INSURANCE COMPANY, and THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA, Predecessor in Interest,** | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| **MELVIN A. ADAMS,** | ) ) | |
| Intervening Defendant, | ) | |

This matter is before the Court on parties' Joint Status Report and Motion for a Release of Funds (Filing No. 30). The parties have complied with the Court's Order of July 1, 2011 (Filing No. 27), and have included with their Status Report an Order from the District Court of Douglas County, Nebraska, directing the Court to release the interpleaded funds to the clerk of the District Court of Douglas County.

Accordingly,

IT IS ORDERED:

1. Pursuant to the order of August 9, 2011, entered by the District Court of Douglas County, Nebraska, in its case no. 1114-096, the Clerk of this Court

       is directed to issue a check in the amount of $99,662.42, plus any accrued interest, less the fee authorized by NECivR 67.1(c), to:

       The Clerk of the District Court for Douglas County, Nebraska

2.     The Clerk of the Court is directed to mail the check and a copy of this Order to the following address:

       Clerk of the District Court for Douglas County, Nebraska
       300 Hall of Justice
       1701 Farnam Street
       Omaha, NE 68183

Dated this 10th day of August, 2011.

                             BY THE COURT:

                             s/Laurie Smith Camp
                             United States District Judge